NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM L. ELLIS,              )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D19-35
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Stephen M. Walker,
Judge.


PER CURIAM.

          Affirmed.  See Jimenez v. Jones, 261 So. 3d 502 (Fla. 2018); Robinson v.

State, 37 So. 3d 921 (Fla. 2d DCA 2010); Burttram v. State, 846 So. 2d 1201 (Fla. 2d

DCA 2003).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.